UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

NICEY WILSON,                          )
                                       )
        Plaintiff,                     )          Civil No. 12-233-GFVT
                                       )
V.                                     )
                                       )
CAROLYN W. COLVIN,                     )            **ORDER**
Commissioner of Social Security,       )
                                       )
        Defendant.                     )
                                       )
                                       )

                        ***   ***   ***   ***

        The Plaintiff, Nicey Wilson, brought this action pursuant to 42 U.S.C. § 405(g) to

challenge a final decision of the Commissioner of Social Security ("Commissioner"), who

denied her application for Supplemental Security Income.  Consistent with the Court's practice

and pursuant to 28 U.S.C. § 636(b)(1), this matter was referred to United States Magistrate Judge

Edward B. Atkins for the issuance of a report and recommendation containing proposed findings

and recommendations.  [R. 14.]

        On March 4, 2014, Magistrate Judge Atkins filed his Report and Recommendation.  [R.

15.]  In his Report, the Magistrate Judge considers and rejects each of Wilson's arguments.

Specifically, Judge Atkins finds that the administrative law judge ("ALJ") applied the proper

pain standard.  [*Id.* at 5-7.]  Judge Atkins further finds that substantial evidence supports the

ALJ's findings regarding Wilson's chronic obstructive pulmonary disease (COPD) and migraine

headaches.  [*Id.* at 7-8.]  Although the parties were given fourteen (14) days from the filing of the

Report and Recommendation to file objections [*id.* at 9], neither party objected.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Report and Recommendation. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation [R. 15] is **ADOPTED** as the opinion of this Court;

2.      The Plaintiff's Motion for Summary Judgment [R. 12] is **DENIED**;

3.      The Defendant's Motion for Summary Judgment [R. 13] is **GRANTED**; and

4.      Judgment in favor of the Defendant will be entered contemporaneously herewith.


This the 1st day of April, 2014.


Signed By:

*Gregory F. Van Tatenhove*

**United States District Judge**